IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Charles Edward Gamble Jr
Pro-se

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-
Warden Kenneth Nelson / Warden Tonya James,

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1

I.  The Parties to This Complaint

  A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name _____

   All other names by which you have been known:

   _____
   _____

   ID Number _____
   Current Institution _____
   Address _____
   _____

  B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
      Name            Mr Moore
      Job or Title    Contraband Officer
      (if known)
      Shield Number   _____
      Employer        _____
      Address         Lee Correctional Institution, 990 Wisacky
                      Highway, Bishopville SC 29010

      ☑ Individual capacity    ☑ Official capacity

   Defendant No. 2
      Name            Ms Smith

2

Job or Title (if known): Correctional Officer Sgt or Lt
Shield Number:
Employer:
Address: Lee Correctional Institution, 990 Wisacky Highway, Bishopville SC 29010

☑ Individual capacity  ☑ Official capacity

Defendant No. 3

Name: Mr. Robinson
Job or Title (if known): Correctional Officer Lt
Shield Number:
Employer:
Address: Lee Correctional Institution, 990 Wisacky Highway, Bishopville SC 29010

☑ Individual capacity  ☑ Official capacity

Defendant No. 4

Name: Mr. James
Job or Title (if known): Transportational Officer
Shield Number:
Employer:
Address: Lee Correctional Institution, 990 Wisacky Highway, Bishopville SC 29010

☑ Individual capacity  ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A.   Are you bringing suit against *(check all that apply)*:

   [ ]   Federal officials (a *Bivens* claim)

   [ ]   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Correctional Officer Negligentingly housed Mr. Gamble in an unsafe Non-federal facility. The United States has a duty to use reasonable care in ensuring the safety of prisoners detainees. No matter where they are housed. Correctional Officer fail to protect Mr. Gamble from being assaulted. Correctional Officer fail to protect Mr. Gamble from another detainee. Also failing to provide medical care delaying Mr. Gamble access to proper medical at Lee Correctional Institution. Lee Correctional Institution and Kershaw Correctional Institution both fail to provide enough guards to prevent the assault. Check Mr. Gamble Medical records

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Prison officials // Correctional Officer fail to provide enoughs guards to prevent the assault. Government employee negligent when he or she fails to use reasonable care. Deprived of a basic human need or exposed Mr. Gamble to serious harm. Correctional officers action were motivated by evil motive and intent involved reckless and callous indifference to Mr. Gamble rights causing negligence

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Classification and Correctional Officers Conduct in placing another prisoner in the cell with Mr. Gamble at Lee Correctional and Kershaw Correctional Institution putting Mr. Gamble in a situation that officers knew likely to expose Mr. Gamble to serious physical harm, this is why no incident report was done by officer because they had a relationship with this inmates name from the rasta. Officers failure to tredt Mr. Gamble condition could result in further significant injury or the unnecessary and wanton infliction of pain

III.   **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

   [ ]   Pretrial detainee

   [ ]   Civilly committed detainee

   [ ]   Immigration detainee

4

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I was assaulted by cellmate with and broom stick and a walking crutch on 3/19/21 at 12:43 at Night at Lee Correctional Institution. No first response was called. No incident report was done by officers involved. My property was stolen not all but same. No inmate property inventory sheet was done. Then I was assaulted by cellmate at Kershaw Correctional Institution on 3/7/22 at 11:50 in the afternoon. Because cellmate refused to remove his knife off of my bed. This incident involved two inmates in this assault. No one response to my grievance I wrote like they wanted to help me. Check Mr. Gamble medical records

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Prison Official violate the Eighth Amendment when they act with deliberate indifferent to a prison condition that exposed Mr. Gamble to an unreasonable risk of serious harm. Depriving Mr. Gamble of a basic human need such as shelter, food, exercise, clothing, sanitation and hygiene

C. What date and approximate time did the events giving rise to your claim(s) occur?

Lee Correctional Institution Incident of being assaulted occured on 3/19/21 Time 12:43 at Night. Kershaw Correctional Institution of being assaulted occured on 3/7/22 Time 11:50 in the afternoon

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On 3/19/21 Time 12:43 at Night at Lee County Institution I was assaulted by cellmate with a broom stick and a walking crutch for a hour. Officers Mcclenoon, Lopez, Stuckey Got me out of the cell and took me to medical. There was no nurse or doctor on duty at the time. Because the doctor didn't take picture of Mr. Gamble wounds before going to hospital. Mr. Gamble waited several hours for transportation Officers to arrive. Officer James and Officer Smith so he can be taken to the hospital for X-rays. No first response was called and No incident report done. I suffered head injuries, neck and throat injuries both arms were injuried, both hands were injuried, black eye, busted lip. Contraband Moore took pictures of my injuries. Check Medical Records at Lee County for evidence.

5

On 3/7/22 Time 11:50 in the afternoon at Kershaw Correctional Institution, I was assaulted a second time ten minutes before I was to go to the Medical Pill line Window. My cellmate assaulted me because I told him not to put his knife on my bed and he refused to move it. He assaulted me while another inmate held the door while I was being assaulted. I fought my cellmate off and made it out the cell. I told Officer Hatten that I need to go to lock up he saw the scar under my left eye and the scar on the right side of my face and the scar on my chest. And called Contraband Givens No First Response was Called No incident report was done. Contraband Givens took me to medical a Nurse gave me some bandages and triple Antibiotic Ointment Dr Burnham took picture of my wounds. I had a real painful neck injury and minor fracture to right thumb

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1.) At Lee Correctional Institution I suffered a head injuries, Neck and Throat injuries, Injuries on both arms, Injuries on both hands, black eye and busted lip. Transportation Officer James and Smith took me to the hospital to get X-rays and bandaged up. There was no nurse or doctor on duty at the time of the incident. If so where the picture of my wound before Going to hospital 2) At Kershaw Institution I suffered a real painful neck injury, minor fracture to right thumb, black eye, scar under left eye, scar on the right side of face and a scar on the left side of chest. Dr. Burnham took photos of injuries. Check Institutional Medical Records on Mr Gamble to verify incident

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want Money damages and puntive damages and actual damages. Because I was injured physically and psychologically and financially deprived I suffered pain and suffering because I was deprived of my constitutional protection of the Eighth Amendment protection from physical Brutality. And my right to decent Conditions in prison. Prisoners may have a state-created liberty interest in freedom from restraint which, while not exceeding the sentence in such an unexpected manner as to give rise to protection by the Due Process Clause of its own force. I feel like SCDC Classification system and Wardens don't Care about the safety of prisoners placing them in harms way. $10,000 or what even seem fair these incident caused me alot of emotional distress

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

  ☐  Yes

  ☐  No

  If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

  1st Incident  Lee Correctional Institution, 990 Wisacky Highway, Bishopville SC 29010
  3/19/21 Time 12:43 at night

  2nd Incident  Kershaw Correctional Institution, 4848 Gold Mine Highway, Kershaw, SC 29067
  3/7/22 Time 11:50 in the afternoon

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

  ☑  Yes

  ☐  No

  ☐  Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

  ☑  Yes

  ☐  No

  ☐  Do not know

  If yes, which claim(s)?

  Lee County Institution:  I filed a step 1 grievance and a step 2 grievance. But I was never give a copy of my step 2 grievance with a response. Or given a decision on all my claims on the Kiosk Within the Institution.

  I filed a step 1 grievance on the assault I suffered at Kershaw. The grievance office stated I didn't grievance the assault so I did and the warden at Kershaw never returned my staff request

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

  ☑  Yes

  ☐  No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

E.  If you did file a grievance:

1.  Where did you file the grievance?
    On Kiosk // Lee Correctional Institution Grievance Office // Kershaw Correctional Institution Grievance Office // Grievance branch P.O. Box 21787 Columbia SC 29221-1787

2.  What did you claim in your grievance?
    Lee Correctional Institution Incident - No first response was called, No Incident report was done by officers. No inmate property inventory sheet was done. My 5 star boots, fan and $20 dollars worth of personal hygiene gone. This is the second time I had to grievance about my property coming up missing at Lee Correctional Institution.

    Kershaw Correctional Institution Incident - No first response was called, No Incident report was done by officers. My property was stolen I was missing 15 soups, 2 jars of peanut butter, black headphone, black shower shoes

3.  What was the result, if any?
    Lee County Incident → Prison officials violated my Eighth Amendment when they act with deliberate indifference to a prison condition that exposes Mr. Gamble to an unreasonable risk of serious harm of failing to provide enough guards to prevent the assault. I never recieved anything caused a violation of my civil rights to appeal warden decision.

    Kershaw Incident → Warden at Kershaw never response to staff request when grieveing about the assault that occured. So I grieved the assault it self

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    The grievance office at Lee County Institution never response to my step 2 grievance, And Warden at Kershaw never responre to grievance or staff request

8

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   _____
   _____
   _____
   _____

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____
   _____
   _____
   _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I wrote on the Kiosk within the institution of Lee Correctional INstitution and Kershaw Correctional Institution, I wrote the grievance office in both institution, And wrote the grievance branch

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

   ☐ Yes
   ☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_N/A_

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

[ ] Yes
[✓] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   [ ] Yes
   [ ] No

   If no, give the approximate date of disposition. _____

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes
   ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes
      ☐ No

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff   *Charles E Gamble Jr*
Printed Name of Plaintiff   Charles Edward Gamble Jr
Prison Identification # 344426
Prison Address   Evans Correctional Institution
                 610 Highway 9 West
                 Bennetsville         SC         29512
                 City                 State      Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____

12

Address           _____
Telephone Number  _____
E-mail Address    _____